DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBIN LA FLEUR,** a/k/a **ROBIN LAFLEUR,**
Appellant,

v.

**DAVID ROMBRO,**
Appellee.

No. 4D20-426

[June 3, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE19-002451(03).

Robin A. LaFleur, Coral Springs, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

LEVINE, C.J., WARNER and GERBER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing***